## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 425 EAL 2018 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. |
| | : | 2671 EDA 2016 entered on August |
| | : | 13, 2018, **affirming** the Judgment of |
| JAVON HYMAN, | : | Sentence of the Philadelphia County |
| | : | Court of Common Pleas at Nos. CP- |
| Petitioner | : | 51-CR-0004227-2014 and CP-51-CR- |
| | : | 0004228-2014 entered on July 20, |
| | : | 2016 |

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of March, 2019, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the remaining issue. The issue, as stated by Petitioner, is:

Did not the Superior Court err and rely upon erroneous legal reasoning in upholding the trial court's order denying Javon Hyman's petition to dismiss pursuant to Rule 600?

The order of the Superior Court is **VACATED**, and the case is **REMANDED** for reconsideration in light of *Commonwealth v. Mills*, 162 A.3d 323 (Pa. 2017).